# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 03-16518 |
| MICHAEL L. JONES | CHAPTER 13 |
|     DEBTOR | |

## NOTICE OF HEARING

NOTICE is hereby given that a hearing on Debtor's Motion to Suspend Plan Payments will be heard on December 16, 2003 at 10:00 a.m. for all creditors to show cause why Debtor's plan payments should not be suspended for the months of November, December 2003 and January 2004 as prayed for.  Any party objecting must file an objection with the Clerk's office and serve a copy on the moving party **no later than five (5) days prior to the hearing**.

DE LEO & RONQUILLO

/s/ Allan L. Ronquillo
Bar Roll No. 11444
#1 Sanctuary Boulevard, Suite 303
Mandeville, LA 70471
(985) 727-1664
(985) 727-4355 (Facsimile)