# United States Bankruptcy Court
## Eastern District of Louisiana

In re:                                                    Chapter 13

MICHAEL L JONES

Case #03-16518

59 PIPER LN
MANDEVILLE LA   70448

---

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS CASE

Pursuant to a hearing held today on the Trustee's motion to dismiss this case,

*It is ordered* that the Trustee's motion to dismiss this case be and it hereby is DENIED.

New Orleans, Louisiana, July 27, 2004.

*[signature]*
T. M. Brahney, III
U. S. Bankruptcy Judge

Attorney for Debtor:

ALLAN L RONQUILLO
DELEO & RONQUILLO, LLP
#1 SANCTUARY BLVD STE 303
MANDEVILLE LA   70471